**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FRANCINE WALKER,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

Case No. 19-12745

Honorable Nancy G. Edmunds

**ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S**
**DECEMBER 7, 2020 REPORT AND RECOMMENDATION [14]**

Pending before the Court is the magistrate judge's December 7, 2020 report and recommendation (ECF No. 14). The magistrate judge recommends that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS and ADOPTS** the magistrate judge's report and recommendation **GRANTS** Defendant's motion for summary judgment, **DENIES** Plaintiff's motion for summary judgment, and **AFFIRMS** the decision of the Commissioner of Social Security.

It is further ordered that Plaintiff's complaint is hereby **DISMISSED** with prejudice.

1

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  December 28, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 28, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager
