**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FRANCINE WALKER,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 19-12745

Honorable Nancy G. Edmunds

## JUDGMENT

In accordance with the Court's order granting Defendant's motion for summary judgment entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendant and this case is **DISMISSED**.

**SO ORDERED**.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: December 28, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 28, 2020, by electronic and/or ordinary mail.

                                        s/Lisa Bartlett
                                        Case Manager